NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALBERT DEMETRIUS DOUGLAS,              )
DOC #718884,                           )
                                       )
       Appellant,                      )
                                       )
v.                                     )    Case No. 2D18-697
                                       )
STATE OF FLORIDA,                      )
                                       )
       Appellee.                       )
_____ )

Opinion filed May 17, 2019.

Appeal from the Circuit Court for Lee
County; Mark Steinbeck, Judge.

Howard L. Dimmig, II, Public
Defender, and Timothy J. Ferreri,
Assistant Public Defender, Bartow, for
Appellant.

Ashley Moody, Attorney General, Tampa,
for Appellee.


PER CURIAM.

       Affirmed.


SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.